UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-9414 ABC (AJWx) | Date | January 14, 2014 |
|---|---|---|---|
| Title | Rick Uribe v. Cavalry Portfolio Services LLC | | |

| Present: The Honorable | Audrey B. Collins | | |
|---|---|---|---|
| Angela Bridges | None Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**    ORDER **GRANTING** MOTION TO DISMISS  (In Chambers)

Pending before the Court is a Motion to Dismiss ("Motion," docket no. 8) filed by Defendant Cavalry Portfolio Services LLC ("Defendant").  The Motion is set for hearing on February 3, 2014.

Under Local Rule 7-9, "Opposing Papers," papers opposing a motion are due served on the movant and filed with the Court "not later than twenty-one (21) days before the date designated for the hearing of the motion."  Accordingly, Plaintiff's opposition papers were due served and filed not later than January 13, 2014.  As of the date of this order, Plaintiff has not filed any opposition.  Under Local Rule 7-12, "The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."  In this case, the Court deems Plaintiff's failure to oppose as consent to the granting of the Motion.

The Motion also presents sound grounds for dismissing the Complaint: Plaintiff's Complaint, originally a state court form complaint, fails to allege that Defendant is a "debt collector," and fails to allege the elements of his claims (for defamation, and claims under the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq. and the Fair Credit Reporting Act , 15 U.S.C. §§ 1681 et seq.).

In light of Plaintiff's failure to oppose the Motion and the merits of the Motion, the Court hereby **GRANTS** the Motion and dismisses the Compalint.  The February 3, 2014 hearing is therefore **VACATED**.  Plaintiff may attempt to cure these deficiencies by filing a First Amended Complaint **by January 28, 2014.**  Should Plaintiff not file an amended complaint by that date, his case shall be deemed dismissed with prejudice.

**IT IS SO ORDERED.**

                                                                                                              :
                                                                    Initials of Preparer    AB